UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**RECEIVED JUN 24 2025 PRO SE OFFICE**

Frank S. Drayton

Write the full name of each plaintiff.

25 CV 5264

(To be filled out by Clerk's Office)

-against-

City of New York, Officer Joel Chisholm, 14th precinct mts, Unidentified Other Officers, Courtney L. Hamlih, Sgt., PBMS specialized units, et. al

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:  Joel    Chisholm    970452
First Name    Last Name    Shield #

NYPD undercover officer
Current Job Title (or other identifying information)

NYPD 14th precint Midtown South
Current Work Address

NY    New York    NY    10031
County, City    State    Zip Code

Defendant 2:  SGT. Courtney    Hamlin    932165
First Name    Last Name    Shield #

SGT of
NYPD, 14th precint (MTS) PBMS Specialized unit
Current Job Title (or other identifying information)

NYPD 14th precint (MTS)
Current Work Address

NY    NY    NY    10031
County, City    State    Zip Code

Defendant 3:  Unidentified    responding officer
First Name    Last Name    Shield #

NYPD (MTS) specialized unit
Current Job Title (or other identifying information)

14th precint (MTS) Patrol Boro Man. South
Current Work Address

NY NY    NY    10031
County, City    State    Zip Code

Defendant 4:  Transporting Latino    Responding officer (unidentified
First Name    Last Name    Shield #

14th precint (MTS) officer
Current Job Title (or other identifying information)

Current Work Address

NY NY    NY    10031
County, City    State    Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 41st and 9th Avenue, Midtown Manhattan

Date(s) of occurrence: 2-19-25

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

As I was talking to a friend, he glanced over and seen threatning strangers running towards us so I ran to protect my life, while slowing down to catch my breath, I was tased several times by officer Joel A. Chisholm, and I fell face first, and with my tooth being chipped from the fall, he put extremely tight handcuffs on me leaving me with handcuff syndrome, and pulled my pants down and tased me in my buttocks in front of a large crowd for good measure and for running, Unidentified latino officer transferred me to Lenox Hill hospital and threatened to beat me up back at the precint once I'm released, I was falsely charged with CSCS in the CPCS-3rd felony, had to go through central Booking and my case was dismissed. Now I lost the feeling and the pointy finger, and it's immobile, Sgt. Courtney L. Hanlin, failed to train, supervise and discipline her staff as it is a custom, and policy of 14th pct (MTS) to brutally attack patrons.

All responding officers helped attack me or failed to intervene on a attack, and they all chased me, watch me get tased excessively, charged falsely and failed to intervene, the SGT failed to properly train supervise, or discipline these renegade officers who attacked me, and denied me medical attention and threatened me at lenox hill hospital and chased me out in the ambulance

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Nerve Damage to finger, handcuff syndrome, Fractured tooth, extreme emotional distress, mental trauma, Damage to anal cavity from taser, Buttock nerve damage, hard to sit still, fractured nose, etc.

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$350,000 for false arrest, unlawful imprisonment, excessive force, and police brutality I want $2.4 million, and monell liability on SGT. Courtney L. Hamlin, for failing to train, supervise or discipline her staff, unlawfully denying me medical attention, medical negligence $150,000

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

6-3-25
Dated

Plaintiff's Signature

Frank / S. / Drayton
First Name / Middle Initial / Last Name

4 Myrtle Avenue
Prison Address

Sullivan / Monticello / NY / 12701
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6-3-25

Page 6



Frank S. Drayton 16A5226
4 Myrtle Avenue, P/O SCJ
Monticello, NY 12701

United States District Court
Southern District, Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

Legal mail