USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
FRANK S. DRAYTON,                                                  :
                                                                   :
                                        Plaintiff,                 :        1:25-cv-5264-GHW
                                                                   :
                    -v-                                            :        ORDER
                                                                   :
CITY OF NEW YORK, *et al.*,                                        :
                                                                   :
                                        Defendants.                :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference to discuss Defendants' motion to dismiss for lack of prosecution, Dkt. No. 21, and request for extension of time to file an answer or otherwise respond to Plaintiff's complaint, Dkt. No. 22, on January 21, 2026 at 2:00 p.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. All parties must appear for the conference. The Court directs Mr. Drayton that he must appear for the conference; Mr. Drayton is warned that failure to attend the conference as directed may result in dismissal of this case for failure to prosecute.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 14, 2026
       New York, New York

_____
       GREGORY H. WOODS
       United States District Judge